ACCEPTED
04-14-00758-CV
FOURTH COURT OF APPEALS
SAN ANTONIO, TEXAS
5/5/2015 11:37:30 AM
KEITH HOTTLE
CLERK

# NO. 04-14-00758-CV

FILED IN
4th COURT OF APPEALS
SAN ANTONIO, TEXAS
5/5/2015 11:37:30 AM
KEITH E. HOTTLE
Clerk

## In The

# Fourth Court of Appeals

## San Antonio, Texas

*John A. Lance, Debra L. Lance, F.D. Franks and*

*Helen Franks, Appellants*

*v.*

*Judith and Terry Robinson, Gary and Brenda Fest, Virginia Gray, Butch Townsend, and Bexar-Medina-Atascosa Counties Water Control and Improvement District No. 1, Appellees*

## FIRST MOTION FOR EXTENSION OF TIME TO FILE APPELLEE'S BRIEF (UNOPPOSED)

Apellee Bexar-Medina Atascosa Counties Water Control and Improvement District No. 1 (BMA) file their first motion for extension of time to file Appellee's brief. Appellee's brief is currently due on May 7, 2015. Tex R. App. P. 38.6. This

motion is filed prior to the due date. Appellant's counsel does not oppose this motion.

Appellee needs additional time to prepare and file their brief. Appellee asks the Court to grant an extension of time to Monday, June 8, 2015, an extension of 30 days.

When Appellants filed their brief, Appellees became aware of a potential need to request supplementation of the appellate record. Accordingly, Appellees Judith and Terry Robinson, Gary and Brenda Fest, Virginia Gray, and Butch Townsend filed two reporter's record requests, on April 17 and April 30, after expending a week or so tracking down the court reporters, neither of whom still worked at the 216th Judicial District Court.

Additionally, Appellee's, BMA, counsel was preparing for pre-trial set for April 20, 2015, and jury trial set for April 28, 2015, in the matter of *Vitex Equipment Limited v. Machinery Auctioneers of Texas, LLC*, Cause No. 2013-CI-15308, 38th Judicial District Court, Medina County, Texas. Counsel was also preparing for a Motion for Summary Judgment hearing set for May 13, 2015, in the matter of *WPS, LLC A Texas Limited Liability Company D/B/A Federal Management Solutions v. Mission Valley Mill Holding, LLC*, Cause No. 2013CVA0461, County Court at Law, Comal County, Texas.

The extension requested herein is sought in the interest of justice and not for purpose of delay, and will not harm or prejudice any party.

## PRAYER

Appellee respectfully requests that this Court grant the requested extension of time, and any other proper or necessary relief.

Respectfully submitted,

GOSTOMSKI & HECKER, P.C.
607 Urban Loop
San Antonio, Texas 78204-3117
(210) 222-9529 Telephone
(210) 222-9540 Facsimile
ed@ghlawyers.net

BY: _____
EDWARD T. HECKER
State Bar No. 00787668
PETER B. GOSTOMSKI
State Bar No. 00787571

ATTORNEYS FOR BMA

### CERTIFICATE OF SERVICE

I certify that on May 5, 2015, a true and correct copy of this document was served on the following counsel of record:

Dan Pozza                                    *VIA EMAIL: danpozza@yahoo.com*
Law Office of Dan Pozza
239 E. Commerce Street
San Antonio, TX 78205
(210) 226-8888 Telephone
(210) 224-6373 Facsimile

Stephen B. Rogers
ROGERS & MOORE PLLC
209 Water St., Ste. 114
Boerne, TX 78006
(830) 816-5487 Telephone
(866) 786-4777 Facsimile

BY: _____

EDWARD T. HECKER